**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| ANGEL KIRK<br>aka ANGEL BURT,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT<br>MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 3:24-cv-329<br><br>Judge Thomas M. Rose<br><br>Magistrate Judge Caroline H. Gentry |

## ORDER OF DISMISSAL

This matter is before the Court upon the Parties' Stipulated Dismissal with Prejudice (Doc. No. 6) of Plaintiff Angel Kirk and Defendant Midland Credit Management, Inc.  To the extent that the Parties move the Court for dismissal of this action, the motion is hereby **GRANTED**.  However, the Court **DENIES** the Parties' request insofar as they request that the Court retain jurisdiction here.

It is therefore **ORDERED** that this matter be **DISMISSED WITH PREJUDICE** as to all claims, with each party to bear their own attorney's fees and costs.  The Clerk is further directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, January 27, 2025.

                                                        s/Thomas M. Rose
                                                    _____
                                                    THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE